# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BENITEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COVENANT SURGICAL PARTNERS, INC., a corporation; COVENANT PHYSICIAN PARTNERS, an entity of unknown form; MARIBETH SERRANO, a California Resident; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-03470-MEMF-(MBKx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Filed concurrently with Joint Stipulation to Dismiss Entire Action<br><br>Complaint Filed: October 10, 2024<br>Final Pre-Trial Conference Date: October 14, 2026<br>Trial Date: November 2, 2026<br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B, First St.<br>Magistrate Judge: Hon. Michael B. Kaufman<br>Courtroom 550, Roybal |

1  The Court, having considered the Parties' Joint Stipulation of Dismissal of
2  Entire Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing
3  therefore, hereby orders as follows:

    1. This action is dismissed in its entirety.
    2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: Jan. 7, 2026

Hon. Maame Ewusi-Mensah Frimpong